UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>                    Plaintiff,<br>             v.<br><br>MARRIOTT HOTEL SERVICES, INC. et al.,<br><br>                    Defendants. | Case No. 5:15-cv-01677-PSG<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>**(Re: Docket No. 19)** |

Plaintiff Shelby Heifetz seeks an order compelling Defendant Marriott Hotel Services, Inc. to allow further inspection of its San Jose hotel—specifically inspection of Room 1121. On June 17, the parties conducted a joint inspection of the common areas of the hotel, including the drop off zone, elevators, signage outside of the public restrooms and conference rooms, contrast striping on stairs and the Braille signage posted outside of the room. But Heifetz was not permitted to inspect the room itself.

In opposing any further inspection of the room itself, Marriott represented to the court that "Ms. Heifetz does not contend that she stayed in guest room 1121."[1]  A review of Heifetz's complaint, however, reveals that this representation is not accurate. Heifetz explicitly states: "room 1121 (Plaintiff's room)."[2]

---

[1] Docket No. 22 at 2.

[2] Docket No. 9 at 6.

1

Case Nos. 5:15-cv-01677-PSG
ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF

The motion is GRANTED.  The inspection shall take place within 14 days.

**SO ORDERED.**

Dated: July 22, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge